# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07CV543 |
| v. | § | |
| | § | |
| TD AMERITRADE, ACCOUNT # 785-576141, ET AL. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND FINAL JUDGMENT OF FORFEITURE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 16, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States of America's Motion for Default Judgment (Dkt. 14) be GRANTED, that a judgment of forfeiture be entered in favor of the Plaintiff, the United States of America, that all right, title, and interest in the Defendant accounts vest in the United States of America, and that the Defendant accounts shall be disposed of according to law.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the United States of America's Motion for Default Judgment (Dkt. 14) is

GRANTED.

A judgment of forfeiture is HEREBY entered in favor of the Plaintiff, the United States of America, and all right, title, and interest in the Defendant accounts is vested in the United States of America. The Defendant accounts shall be disposed of according to law.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of October, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE